UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KADEEM BACOTE,

        Plaintiff,

   - against -

CITY OF NEW YORK, NEW YORK HOUSING
AUTHORITY, and NEW YORK CITY POLICE
DEPARTMENT,

        Defendants.
------------------------------------------------------------------X

**ORDER**
18-CV-2963 (RRM) (RLM)

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

    Kadeem Bacote, who was an inmate at the United States Penitentiary ("USP") McCreary at the time he filed this action, brought this *pro se* action against the City of New York, the New York City Housing Authority, and the New York City Police Department. On April 20, 2020, this Court *sua sponte* dismissed the action for failure to state a claim, pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2)(B). (Doc. No. 8.) Bacote was granted leave to amend his claims, solely against the City of New York, within 30 days from the April 20, 2020, Order. On April 21, 2020, this Court's dismissal was mailed to Bacote at USP McCreary but the mail was returned as undeliverable. Bacote did not file an amended complaint.

    As Bacote has not filed an amended complaint and the time for him to do so has expired, this action is dismissed. Although Bacote's failure to file an amended pleading is likely due to the fact that he is unaware of the Court's prior order, it is Bacote's responsibility to notify the Court of any change of address. *See Gonzalez v. Walker*, No. 10-CV-2896 (JBW) (LB), 2011 WL 534358 (E.D.N.Y. Jan. 6, 2011). Accordingly, it is

ORDERED that this action is dismissed. The Clerk of Court is respectfully directed to enter judgment against Bacote, to mail a copy of that judgment and this Order to the *pro se* plaintiff at his last known address, to note that mailing on the docket sheet, and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
June 3, 2020

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge